KURT C. FAUX, ESQ.
Nevada Bar No. 003407
LELAND K. FAUX, ESQ.
Nevada Bar No. 012206
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada  89014
Telephone:  (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
          lfaux@fauxlaw.com
*Attorneys for Great American Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>          Plaintiff,<br>vs.<br><br>JMR CONSTRUCTION CORP., a Nevada Corporation; RON RIVARD, an individual; JOANNE RIVARD, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>          Defendants. | Case No.:   2:15-cv-02226-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiff, Great American Insurance Company ("GAIC"), by and through its attorneys of record, the Faux Law Group, and Defendants, JMR Construction Corp., Ron Rivard and Joanne Rivard, by and through their attorneys of record, Jolley Urga Woodbury & Little, hereby stipulate

///

///

///

///

///

///

///

1

and agree pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2), that the above-captioned action be dismissed without prejudice.

DATED this 4th day of August, 2016.

| JOLLEY URGA WOODBURY & LITTLE | THE FAUX LAW GROUP |
|---|---|
| /s/ Martin A. Little (with permission) | /s/ Leland K. Faux |
| MARTIN A. LITTLE, ESQ. | KURT C. FAUX, ESQ. |
| 3800 Howard Hughes Parkway | Nevada Bar No. 3407 |
| Sixteenth Floor | LELAND K. FAUX, ESQ |
| Las Vegas, NV 89169 | Nevada Bar No. 12206 |
| *Attorneys for JMR Construction Corp., Ron Rivard, and Joanne Rivard* | 1540 W. Warm Springs Road, Suite 100 |
| | Henderson, NV 89014 |
| | *Attorneys for Great American Insurance Company* |

ORDER

IT IS SO ORDERED.

DATED: August 8, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

THE FAUX LAW GROUP

/s/ Leland K. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 3407
LELAND K. FAUX, ESQ
Nevada Bar No. 12206
1540 W. Warm Springs Road, Suite 100
Henderson, NV 89014
*Attorneys for Great American Insurance Company*